**Order entered October 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01224-CV

### UNION PACIFIC RAILROAD COMPANY, Appellant

### V.

### CATHERINE STOUFFER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GARY LEE STOUFFER, JR. AND AS NEXT FRIEND OF SHANNON STOUFFER AND SHANE STOUFFER, ET AL., Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-15204

## ORDER
Before Justices Lang-Miers, Lewis, and Brown

Before the Court are appellant's September 4, 2013 motion for an extension of time to file a notice of appeal and appellees' September 6, 2013 motion to dismiss the appeal. We **GRANT** appellant's motion for an extension of time to file a notice of appeal. The notice of appeal filed on September 4, 2013 is deemed timely for jurisdictional purposes.

We defer appellees' motion to dismiss the appeal to the submissions panel.

/s/     DAVID LEWIS
        JUSTICE